IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE BAKER,
ADC # 550939                                                                                    PLAINTIFF

V.                           CASE NO. 5:16-CV-00101 JM/BD

DANA PEYTON, et al.                                                                      DEFENDANTS

### ORDER

The Court has received and reviewed a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of Mr. Baker's timely objections and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Baker's deliberate-indifference claims against Defendants Dan Peyton, Amanda Watts, Laura Morgan, Davis and Griswold for inadequate medical treatment he received at the Cummins Unit may PROCEED.

Mr. Baker's claims against David James, Powell, Timothy Trantham, and Gofferd are DISMISSED, without prejudice.

IT IS SO ORDERED, this 20th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE