IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEE BAKER, ADC #550939**                                                                                             **PLAINTIFF**

**V.**                              **NO: 5:16CV00101 JM/BD**

**DANA PEYTON, et al.**                                                                                              **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Baker's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Baker's motion for a temporary restraining order and preliminary injunction is DENIED.

IT IS SO ORDERED, this 5th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE